AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of West Virginia ▼

| | |
|---|---|
| ANDREW STEWART, et al.<br><br>*Plaintiff(s)*<br>v.<br>JAMES C. JUSTICE, II,<br>in his official capacity as Governor of West Virginia,<br>PUTNAM COUNTY COMMISSION, a political<br>subdivision of the State of West Virginia, RICK<br>SNAMAN, an individual,<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:20-cv-00611 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rick Snaman
12093 Winfield Road
Winfield, WV 25213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  John H. Bryan, Attorney at Law
411 Main Street
PO Box 366
Union, WV 24983
jhb@johnbryanlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/17/2020  s/Rory L. Perry II
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-00611

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **RICK SNAMAN**
was received by me on *(date)* **09-22-20** .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **TAYLOR FOR MS. KIRK**, who is designated by law to accept service of process on behalf of *(name of organization)* **RICK SNAMAN** on *(date)* **09-22-20** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: **09-22-20**

*Nancy Vance PI*
Server's signature

**NANCY VANCE PROCESS SUPERVISOR**
Printed name and title

**12093 WINFIELD RD. WINFIELD, WV 25213**
Server's address

Additional information regarding attempted service, etc: