AO 440 (Rev. 06/12) Summons in a Civil Action

CK# 00532 1

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia ▼

ANDREW STEWART, et al.

*Plaintiff(s)*

v.

JAMES C. JUSTICE, II,
in his official capacity as Governor of West Virginia,
PUTNAM COUNTY COMMISSION, a political
subdivision of the State of West Virginia, RICK
SNAMAN, an individual,
*Defendant(s)*

Civil Action No. 3:20-cv-00611

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JAMES C. JUSTICE, II
State Capitol, 1900 Kanawha Blvd. E.
Charleston, WV 25305
in his official capacity only

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John H. Bryan, Attorney at Law
411 Main Street
PO Box 366
Union, WV 24983
jhb@johnbryanlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/17/2020

s/Rory L. Perry II

*Signature*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-00611

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Justice, James C. II Governor**
was received by me on *(date)* **9-22-20**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because **Service Refused by legal council.** ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **9-22-20**

*Server's signature*

**Robert Wheeler, Deputy Process Server**
*Printed name and title*

**5 Goshorn St Charleston WV 25301**
*Server's address*

Additional information regarding attempted service, etc: On September 22nd I notified the Secretary In Governor Justice's office that I had a document that needed to be served on Governor Justice. At that time she (Kaitlyn Guynn) said let me call the legal Dept. She made a phone call, when she hung up the phone, She said that the legal dept advised that this was poor service, and that they would not be accepting service. That I needed to follow procedures under Civil Service Guidelines. I asked her the name of the person she spoke to in legal and she replied I don't know. I then asked where I needed to take the document. She replied I don't know. You will have to find that out. I said ok, thank you and have a nice day. I then notified chief Letter by telephone.