IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

ANDREW STEWART, ASHLEY STEWART,
DINNER'S READY, INC., a West Virginia
corporation, d/b/a BRIDGE CAFE & BISTRO,

    Plaintiffs.

v.   Civil Action No. 3:20-cv-00611
    Honorable Robert C. Chambers

JAMES C. JUSTICE, II,
in his official capacity as Governor of
West Virginia, PUTNAM COUNTY
COMMISSION, a political subdivision
of the State of West Virginia, RICK
SNAMAN, an individual,

    Defendants.

## PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION AND/OR TEMPORARY RESTRAINING ORDER

Now come the Plaintiffs, by and through counsel, John H. Bryan, and moves for an Emergency Temporary Restraining Order and/or Preliminary Inunction. Plaintiff respectfully requests an expedited hearing and decision in this matter, due to an amendment of the West Virginia Governor's "Mask Mandate" effective Saturday, November 14, 2020 at 12 a.m. A Memorandum in Support is attached hereto and incorporated by reference herein.

                                                    ANDREW STEWART, ASHLEY STEWART,
                                                    DINNER'S READY, INC., a West Virginia
                                                    corporation, d/b/a BRIDGE CAFE & BISTRO,
                                                    By Counsel

/s John H. Bryan
John H. Bryan (WV Bar No. 10259)
JOHN H. BRYAN, ATTORNEYS AT LAW
411 Main Street
P.O. Box 366
Union, WV 24983
(304) 772-4999
Fax: (304) 772-4998
jhb@johnbryanlaw.com

for the Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

ANDREW STEWART, ASHLEY STEWART,
DINNER'S READY, INC., a West Virginia
corporation, d/b/a BRIDGE CAFE & BISTRO,

      Plaintiffs.

v.                                          Civil Action No. 3:20-cv-00611
                                          Honorable Robert C. Chambers

JAMES C. JUSTICE, II,
in his official capacity as Governor of
West Virginia, PUTNAM COUNTY
COMMISSION, a political subdivision
of the State of West Virginia, RICK
SNAMAN, an individual,

      Defendants.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing PLAINTIFFS'

EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR

PRELIMINARY INJUNCTION was served upon the following parties through the Court's

Electronic Case Filing (ECF) system on this day, November 16, 2020.

                Benjamin L. Bailey
                Benjamin J. Hogan
                Bailey & Glasser, LLP
      209 Capitol Street, Charleston, WV 25301
      Email Address: bbailey @baileyglasser.com
      Email Address: bhogan @baileyglasser.com
          Attorneys for James C. Justice, II

                Charles R. Bailey
           Kristen Vickers Hammond
            Bailey & Wyant, PLLC
     PO Box 3710, Charleston, WV 25337
     Email Address: CBailey @BaileyWyant.com
     Email Address: KHammond@BaileyWyant.com

3

        Attorneys for Putnam County Commission

                Adam K. Strider
                Jennifer E. Tully
            Bailey & Wyant, PLLC
    PO Box 3710, Charleston, WV 25337
 Email Address: jtully@baileywyant.com
Email Address: astrider@baileywyant.com
          Attorneys for Rick Snaman


        /s John H. Bryan
        John H. Bryan (WV Bar No. 10259)
        JOHN H. BRYAN, ATTORNEYS AT LAW
        411 Main Street
        P.O. Box 366
        Union, WV 24983
        (304) 772-4999
        Fax: (304) 772-4998
        jhb@johnbryanlaw.com

        for the Plaintiff