IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

ANDREW STEWART,
ASHLEY STEWART,
DINNER'S READY, INC.,
a West Virginia corporation, d/b/a
Bridge Cafe & Bistro,

      Plaintiffs,

v.           CIVIL ACTION NO.   3:20-0611

JAMES C. JUSTICE, II,
in his official capacity as Governor of West Virginia,
RICK SNAMAN, an individual,

      Defendants.

## ORDER AND NOTICE

  Pursuant to LR Civ P 16.1, it is **ORDERED** that the following dates are hereby fixed as the times by or on which certain events must occur:

| | |
|---|---|
| 12/28/20 | Motions under FR Civ P 12(b), together with supporting briefs, memoranda, affidavits, or other such matter in support thereof. (All motions unsupported by memoranda will be denied without prejudice pursuant to LR Civ P 7.1(a).) |
| 01/11/21 | Last day for Rule 26(f) meeting. |
| 01/19/21 | Last day to file report of Rule 26(f) meeting C See Scheduling Order Worksheet, available on the Court's website and at LR Civ P 16.1. |
| 02/01/21 | Scheduling/ status conference with the Court and lead counsel at **11:30 a.m.**, unless otherwise directed. Be prepared to discuss the following: |

  (a)  the discovery to be completed and the amount of time necessary for its completion;
  (b)  the further formulation and simplification of issues, including possible elimination of claims or defenses;

      (c)    the possibility of entering into stipulations regarding issues for trial;
      (d)    the possibility of obtaining admissions regarding facts and documents; and
      (e)    other matters that will assist the parties in reaching a final resolution of this matter.

02/08/21    Entry of scheduling order.

02/16/21    Last day to make FR Civ P 26(a)(1) disclosures.

## NOTICE

The provision of FR Civ P 14 and 15 with respect to the time in which to file third-party claims and to amend pleadings without leave of court are not affected by this Order and Notice.

Pursuant to LR Civ P 16.1 and 73.1, the parties are informed of their opportunity to consent to the exercise by a magistrate judge of civil jurisdiction over the case, including entry of judgment, as authorized by 28 U.S.C. § 636. The parties may consent by filing a Consent to Jurisdiction by a United States Magistrate Judge (FR Civ P Form 34), or by so indicating on the Report of Parties' Planning Meeting and Scheduling Order Worksheet, all of which are available on the Court's website.

The Court **DIRECTS** the Clerk to send a copy of this Order and Notice to counsel of record and any unrepresented parties.

ENTER:    December 8, 2020

          _____
          ROBERT C. CHAMBERS
          UNITED STATES DISTRICT JUDGE