# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA
# HUNTINGTON DIVISION

ANDREW STEWART,
ASHLEY STEWART,
DINNER'S READY, INC.,
a West Virginia corporation, d/b/a
Bridge Cafe & Bistro,

                Plaintiffs,

v.                              CIVIL ACTION NO. 3:20-0611

JAMES C. JUSTICE, II,
in his official capacity as Governor of West Virginia,
RICK SNAMAN, an individual,

                Defendants.

## JUDGMENT ORDER

In accordance with the accompanying order, the Court **ORDERS** that Plaintiff's Complaint be **DISMISSED WITH PREJUDICE** and that this case be dismissed and stricken from the docket of this Court. The Court **DIRECTS** the Clerk to send a certified copy of this Order to all counsel of record, and any unrepresented parties.

                ENTERED:        February 9, 2021

                ROBERT C. CHAMBERS
                UNITED STATES DISTRICT JUDGE